# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GA
# ATLANTA DIVISION

### DEBTOR'S NOTICE OF CHANGE OF ADDRESS FORM

CASE NAME:              AMBER MICHOLE JOHNSON

CASE NUMBER:            14-68069-WLH

BANKRUPTCY JUDGE:       WENDY L. HAGENAU

CASE CHAPTER:           13

**NEW ADDRESS:**        **AMBER MICHOLE JOHNSON**
                        **201 NORTH SQUIRREL RD**
                        **APT 1308**
                        **AUBURN HILLS, MI 48326**

   I certify that I have this date served the following in the foregoing matter with a copy of this Debtor's Change of Address Form by hand depositing in the United States Mail a true copy of same in a properly addressed envelope with adequate postage affixed thereto.

                        AMBER MICHOLE JOHNSON
                        201 NORTH SQUIRREL RD
                        APT 1308
                        AUBURN HILLS, MI 48326

Old Address:            AMBER MICHOLE JOHNSON
                        428 LINDA VISTA
                        APARTMET 1308
                        PONTIAC, MI 48342

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

                        Dated: 02/23/2018 _____

                        ___/s/_____
                        Christopher Kiefer
                        GA Bar No. 417247

CLARK & WASHINGTON, LLC
3300 Northeast Expressway  Building 3
Atlanta, GA  30341
(404) 522-2222

lbarbosa
Feb-18